

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-93,954-01 & WR-93,954-02

### EX PARTE ISREAL HERNANDEZ, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 1429186-A & 1429187-A IN THE 339TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant pleaded guilty to possession with intent to deliver cocaine and possession of methamphetamine and was sentenced to five years' imprisonment. Applicant did not appeal his convictions. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

In these applications Applicant raises grounds of due process violation, misidentification of parole status, and involuntary plea. It appears that Applicant's habeas attorney has changed and new counsel has requested additional time to investigate the claims. Further, the trial court did not make findings of fact and conclusions of law. We remand these applications to the trial court to complete

its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: SEPTEMBER 07, 2022
Do not publish